UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ESPINO, | No. 2:17-cv-2198 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| ERIC ARNOLD, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983. Plaintiff alleges that his Eighth Amendment rights were violated by defendants when they failed to properly secure him in a transport vehicle in June 2016. See generally ECF No. 17. On June 10, 2021, defendants filed a motion to opt out of the post-screening ADR project. ECF No. 38. Having reviewed the motion, the court finds good cause to grant it.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out of the ADR Project (ECF No. 38) is GRANTED;

2. The stay of this action (see ECF No. 37) is LIFTED, and

3. Within twenty-one days from the date of this order, defendants shall file a responsive pleading.

DATED: June 15, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE