UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ESPINO, | No. 2:17-cv-2198 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| ERIC ARNOLD, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 2, 2021, plaintiff filed a motion for an extension of time.  ECF No. 42.  Plaintiff states that COVID-19 cases at his institution have led to limitations on law library access that affect his ability to timely respond to defendants' discovery requests.  Accordingly, the court construes the motion as one to modify the scheduling order issued July 13, 2021 (ECF No. 41).

Good cause appearing, plaintiff's motion to modify the discovery and scheduling order will be granted.  The discovery and pretrial motion deadlines will each be adjusted by sixty days from the dates set forth at ECF No. 41.

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to modify the discovery and scheduling order by sixty days (ECF No. 42) is GRANTED;

2. The parties may conduct discovery until January 11, 2022;

3. All pretrial motions, except motions to compel discovery, shall be filed on or before April 5, 2022; and

4. All other directives in the court's July 2021 discovery and scheduling order (ECF No. 41) are to remain in full force and effect.

DATED: September 28, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE