UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ESPINO, | No. 2:17-cv-2198 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| ERIC ARNOLD, et al., | |
| Defendants. | |

Plaintiff, formerly a state prisoner, is proceeding pro se and in forma pauperis and has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 5, 2022, Defendants filed a motion to modify the Discovery and Scheduling Order in this case. See ECF No. 44. Plaintiff does not oppose the request. See id. at 4. Good cause appearing, the motion will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' Motion to Modify Scheduling Order (ECF No. 44) is GRANTED;

2. The parties may conduct discovery up to and including May 11, 2022;

////

////

////

1

3.  All pretrial motions, except motions to compel discovery, shall be filed on or before August 3, 2022,[1] and

4.  All other directives in the court's July 2021 Discovery and Scheduling Order (ECF No. 41) are to remain in full force and effect.

DATED: January 6, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] The May 11, 2022, and August 3, 2022, dates mark the 120-day extension of time requests by Defendants in the motion.  See ECF No. 44 at 7.  These new dates have been generated from their respective dates in the prior discovery schedule order modification.  See ECF No. 43.