1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MARTIN ESPINO,                               No.  2:17-cv-2198 KJM AC P

12                    Plaintiff,

13          v.                                      ORDER

14    ERIC ARNOLD, et al.,

15                    Defendants.

16

17          Plaintiff, formerly a state prisoner, is proceeding pro se and in forma pauperis in this civil

18   rights action under 42 U.S.C. § 1983.  The case was referred to a United States Magistrate Judge

19   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On April 21, 2022, defendants filed a motion to compel plaintiff to respond to defendants'

21   written discovery, or in the alternative, to dismiss this action pursuant to Federal Rule of Civil

22   Procedure 37(b).  ECF No. 46.  Plaintiff has not responded to the motion, and the briefing period

23   has expired.  See generally Local Rule 230.

24          Whether plaintiff has been released from prison or is incarcerated, he must file either an

25   opposition to defendants' motion or a statement that he does not oppose it.  See Local Rule

26   230(c), (l).  Plaintiff will be given an additional thirty days either to file an opposition to the

27   motion or a statement of non-opposition.  If plaintiff files a statement of non-opposition, he must

28   also also respond to defendants' discovery requests in writing within the same thirty-day period.

                                                     1

1     Plaintiff is cautioned that failure to comply with this order may result in dismissal of the

2  case for failure to prosecute.  <u>See</u> Rule 41(b), Fed. R. Civ. P.; Local Rule 110.

3     Accordingly, IT IS HEREBY ORDERED that:

4     1.   Within thirty days of the date of this order, plaintiff shall file either: (1) an opposition

5  to defendants' motion to compel written discovery (ECF No. 46), or (2) a statement of non-

6  opposition to the granting of the motion; and

7     2.   Should plaintiff opt to file a statement of non-opposition to defendants' motion to

8  compel, plaintiff must also respond to defendants' written discovery requests within the same

9  thirty-day period.

10  DATED: June 14, 2022

11                                                ALLISON CLAIRE
12                                                UNITED STATES MAGISTRATE JUDGE

2